Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME SMITH,<br><br>Defendant. | Case No. CV-04-3591 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JEROME SMITH; [~~PROPOSED~~] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant JEROME SMITH ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about October 15, 2004. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

BNFY 559296v1     1     (CV-04-3591 PJH)
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JEROME SMITH;
[PROPOSED] ORDER THEREON**

1     Defendant JEROME SMITH is the last remaining active Defendant in this action.

2 This entire action as to all remaining claims is therefore terminated in full.

3 DATED: May 27, 2005                 Respectfully Submitted,

                                            BUCHALTER, NEMER, FIELDS & YOUNGER
                                            A Professional Corporation

                                            By: /s/ Sandeep J. Shah
                                                  Sandeep J. Shah
                                              Attorneys for Plaintiff DIRECTV, Inc.

# ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant JEROME SMITH filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant JEROME SMITH only;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

3. As Defendant JEROME SMITH is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: fMay 31, 2005

_____
Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

BNFY 559296v1     3     (CV-04-3591 PJH)

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JEROME SMITH;
[PROPOSED] ORDER THEREON**